Arthur F. Koestner, by Irene McLaughlin, his next friend, appellant, v. City of Chicago et al., appellees. Gen. No. 37,591.

Opinion filed December 24, 1934.

Robert E. Cantwell, Jr., for appellant; Martin W. Grosse, of counsel. William H. Sexton, Corporation Counsel, Casper Nathan, Assistant Corporation Counsel, Bayley, Merrick, Webster & Gregory and Shannon, Morrill & Johnson, for appellees.

Mr. Justice Matchett delivered the opinion of the court.

Central Republic Trust Company, appellee, v. Simon L. Levy, appellant. Gen. No. 37,621.

Opinion filed December 24, 1934.

Jacob Levy, for appellant; Edward McTiernan, of counsel. Fisher, Boyden, Bell, Boyd & Marshall, for appellee; Rudolph M. Mulfinger, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

Michael Kunicki, appellant, v. A. J. Rassenfoss and William Kohl, trading as Lincoln Bag Company, appellees. Gen. No. 37,651.

Opinion filed December 24, 1934.

Jules Q. Kaiser, for appellant; Solomon Axelrod, of counsel. Bradley, Harper, Huss & Rehm, for appellees; Victor E. Rehm, of counsel.

Mr. Justice Matchett delivered the opinion of the court.